UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STEVEN MAES,

    Plaintiff,

v.                                                    Civ. No. 17-429 GJF

NANCY A. BERRYHILL,
*Acting Commissioner of the*
*Social Security Administration*,

    Defendant.

## **ORDER**

THIS MATTER is before the Court on Defendant's "Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)" ("Motion") [ECF No. 18]. Having reviewed the Motion, noted the parties' concurrence, and found good cause for the relief requested, the Court **HEREBY REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and **REMANDS** this matter to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**IT IS FURTHER ORDERED** that, upon remand, the Social Security Administration's Appeals Council will remand the matter to a new ALJ for a *de novo* hearing and new decision.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE